**No. 64165.**—Dunnington & Arnold, Inc. *v.* United States, protests 59/25105 and and 59/25892 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 64166.**—Overton & Company *v.* United States, protest 59/25532 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64167.**—Sumitomo Shoji, New York, Inc. *v.* United States, protest 59/25548 (New York).

Opinion of JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64168.**—Caribe Gloves, Inc. *v.* United States, protest 59/25549 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64169.**—A.U.T. Customs Brokers, Inc. *v.* United States, protests 59/26562 and 59/26862 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 64170.**—Bacardi Imports, Inc. *v.* United States, protest 59/26563 (New York).

Opinion by JOHNSON, J.   In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 64171.**—Olam Trading Corporation *v.* United States, protest 59/20670 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 64172.**—The Saxony Wool Corp. of New York *v.* United States, protest 59/25106 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.